**F I L E D**
CLERK, U.S. DISTRICT COURT

11/20/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>GARY MORALES,<br><br>            Defendant. | No. 2:25-CR-00955-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about September 19, 2025, in Ventura County, within the Central District of California, defendant GARY MORALES, knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

1.    A Marlin Firearms Company, model 30A Glenfield, .30-30 caliber rifle bearing serial number 72045890;

2.    Six rounds of .30-30 Winchester caliber ammunition, stamped "FC 30-30 WIN";

3.    One round of .30-30 Winchester caliber ammunition, stamped "R-P 30-30 WIN";

4.   One round of .30-30 Winchester caliber ammunition, stamped "REM-UMC 30-30";

5.   Two rounds of .30-30 Winchester caliber ammunition, stamped "S.A. CORP 30-30";

6.   One round of .30-30 Winchester caliber ammunition, stamped "WINCHESTER 30-30 WIN"; and

7.   Three rounds of .30-30 Winchester caliber ammunition, stamped "SUPER-X 30-30".

Defendant MORALES possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.   Unlawful Driving or Taking of a Vehicle, in violation of California Vehicle Code Section 10851(a) and Evading a Peace Officer in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Ventura, Case Number 2013028719, on December 18, 2013;

2.   Felon or Addict in Possession of a Firearm, in violation of California Penal Code Section 29800(A)(1) and Evading a Peace Officer in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Ventura, Case Number 2015000787, on February 19, 2015;

3.   Felon or Addict in Possession of a Firearm, in violation of California Penal Code Section 29800(A)(1) and Evading a Peace Officer in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Ventura, Case Number 2017017500, on July 12, 2018; and

4.    Unlawful Driving or Taking of a Vehicle, in violation of California Vehicle Code Section 10851(a) and Inflicting Corporal Injury on a Spouse in violation of California Penal Code Section 273.5(A), in the Superior Court of the State of California, County of Ventura, Case Number 2018001048, on November 22, 2019.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.    If so convicted, defendant shall forfeit to the United States of America the following:

(a)    All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b)    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has

//

//

//

4

been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL


/S/
Foreperson


BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

RAHUL R.A. HARI
Assistant United States Attorney
General Crimes Section